

COUNTY COUNSEL
# COUNTY OF HUMBOLDT

825 FIFTH STREET

EUREKA, CALIFORNIA 95501

PHONE: (707) 445-7236     FAX: (707) 445-6297

December 3, 2012

The Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court/Northern District
450 Golden Gate Avenue, San Francisco, CA 94102

Re:   Late application to make telephonic appearance in Raymond v. Crnich.
      Case number 3-12-CV-4471-JCS

Dear Judge Spero:

This letter is to respectfully request that you consider my late application to appear in this matter by telephone on Friday, December 7, 2012 at 9:30a.m.

Friday, November 30, 2012, was the deadline to make a request to appear at the December 7, hearing by telephone. During the afternoon on November 30, I was asked to address another matter of immediate urgency that required my presence out of my office. I did not file and serve a written request before leaving work. I attempted to file a timely request remotely from my laptop computer, but I did not have the necessary software.

In order to appear at the hearing in person, I will need to drive over 500 miles and cancel numerous appointments.

                                    Sincerely,

                                    /s/

                                    M. BLAIR ANGUS
                                    Deputy County Counsel

IT IS HEREBY ORDERED THAT counsel shall be on phone standby beginning at 9:30 AM and await the Court's call. Counsel shall provide the Court with a direct land line phone number.
Dated: 12/4/12

